No. 01–7292. RHOADS *v.* FEDERAL DEPOSIT INSURANCE CORPORATION ET AL., 535 U. S. 933. Motion for leave to file petition for rehearing denied.

JUNE 25, 2002

No. 01–10909 (01A990). IN RE BROWN. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 01–10941 (01A994). COULSON *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted. Certiorari denied.

JUNE 26, 2002

No. 01–10980 (01A1000). IN RE WILLIAMS. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted. Petition for writ of habeas corpus denied. JUSTICE SCALIA took no part in the consideration or decision of this application and this petition.